FOLEY, BARON & METZGER, PLLC
RICHARD S. BARON (*Pro Hac Vice Pending*)
BRIAN H. PHINNEY (*Pro Hac Vice Pending*)
38777 Six Mile Rd., Suite 300
Livonia, Michigan 48152
Phone: (734) 742-1800

Attorneys for Defendant,
Hoyt Corporation, a Massachusetts Corporation

MCCORMICK BARSTOW, LLP
ERON Z. CANNON, Nevada Bar No. 8013
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Phone: (702) 949-1100

Local Counsel for Defendant,
Hoyt Corporation, a Massachusetts Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF ENVIRONMENTAL PROTECTION, BUREAU OF CORRECTIVE ACTIONS,<br><br>  Plaintiff,<br><br>v.<br><br>MARYLAND SQUARE, LLC, et al.,<br><br>  Defendants/Third Party Plaintiffs.<br>_____<br><br>AND ALL RELATED ACTIONS.<br>_____ | Case No. 3:09-CV-231<br><br>**MOTION TO DISMISS THIRD PARTY COMPLAINT PURSUANT TO FRCP 12(b)(6)** |

1

1
2
3
4
5

Third Party Defendant Hoyt Corporation ("Hoyt") hereby moves this Court for dismissal of the Third Party Complaint ("TPC") filed by Third Party Plaintiffs Maryland Square, LLC; the Herman Kishner Trust, d/b/a Maryland Square Shopping Center; Irwin Kishner; Jerry Ingle; Bank of America, as Trustees for the Herman Kishner Trust; Maryland Square, LLC; and the Clark County School District (collectively, "Maryland Square Parties").

6
7
8

This Motion is brought under Fed.R.Civ.P. 12(b)(6) on the basis that the TPC fails to state a claim upon which relief can be granted, and is based upon the accompanying memorandum of points and authorities and such oral argument as the Court may require.

9
10
11
12

Hoyt requests a hearing on this Motion as oral argument may assist the Court in understanding the complex issues associated with its Motion.  As noted in the accompanying memorandum, several of the cases cited therein were recently decided and it may serve judicial economy to hear oral argument.

13

Counsel for Hoyt has complied with LR IA 10-2.

16  Dated:  June 25, 2010            By:   /s/ Brian H. Phinney
17                                          BRIAN H. PHINNEY (*pro hac vice pending*)
                                            Attorney for Defendant Hoyt Corporation
18                                          38777 Six Mile Road – Suite 300
                                            Livonia, Michigan 48152
19                                          (734) 742-1800
                                            (734) 521-2379 (Fax)
20                                          Email:  bphinney@fbmlaw.com