1   ROBERT J. CALDWELL, ESQ.
    Nevada Bar No. 007637
2   E. DANIEL KIDD, ESQ.
    Nevada Bar No. 010106
3   **KOLESAR & LEATHAM, CHTD.**
    3320 W. Sahara Avenue, Suite 380
4   Las Vegas, Nevada 89102
    Telephone: (702) 362-7800
5   Facsimile: (702) 362-9472
    E-mail:    rcaldwell@klnevada.com
6              dkidd@klnevada.com

7   Attorneys for Third-Party Defendants,
    1195 E. DESERT INN ROAD LLC and
8   MS PARTNERSHIP

9

10              **UNITED STATES DISTRICT COURT**

11                    **DISTRICT OF NEVADA**

12  STATE OF NEVADA, DEPARTMENT OF          Case No.: 3:09-cv-00231-RCJ-VPC
    CONSERVATION AND NATURAL
13  RESOURCES, DIVISION OF                  ~~[PROPOSED]~~ **ORDER TO**
    ENVIRONMENTAL PROTECTION,               **WITHDRAW NOTICE OF**
14  BUREAU OF CORRECTIVE ACTIONS,           **APPEARANCE (DOC. NO. 83) AND**
                                            **ANSWER TO THIRD-PARTY**
15                 Plaintiffs,              **COMPLAINT (DOC. NO. 84)**
                                            **MISTAKENLY FILED ON BEHALF**
16         vs.                              **OF THIRD-PARTY DEFENDANTS,**
                                            **1195 E. DESERT INN ROAD LLC**
17  MARYLAND SQUARE SHOPPING                **AND MS PARTNERSHIP**
    CENTER LLC, a Nevada limited liability
18  company and IRWIN KISHNER; JERRY
    ENGEL and BANK OF AMERICA N.A. as
19  co-trustees of the HERMAN KISHNER
    TRUST; MARYLAND SQUARE, LLC, a
20  Nevada limited liability company, MELVIN
    SHAPIRO and PHILIP SHAPIRO individually
21  and doing business individually and/or as a
    general partner of "AL PHILLIPS THE
22  CLEANER: or "AL PHILLIPS THE
    CLEANER, INC.," estate of PHILIP
23  SHAPIRO, deceased, SHAPIRO BROS
    INVESTMENT CORPORATION, a dissolved
24  Nevada corporation, AL PHILLIPS THE
    CLEANERS, INC., a dissolved corporation
25  (Corporation no. 745-1965), AL PHILLIPS
    THE CLEANERS, INC., a dissolved
26  corporation (Corporation no. 11-71),,

27                 Defendants.

28

*KOLESAR & LEATHAM, CHTD.*
*3320 West Sahara Avenue, Suite 380*
*Las Vegas, Nevada 89102*
*Tel: (702) 362-7800 / Fax: (702) 362-9472*

1   MARYLAND SQUARE SHOPPING
    CENTER, LLC, THE HERMAN KISHNER
2   TRUST DBA MARYLAND SQUARE
    SHOPPING CENTER; IRWIN KISHNER;
3   JERRY ENGEL; BANK OF AMERICA, as
    Trustees for the HERMAN KISHNER
4   TRUST; MARYLAND SQUARE, LLC; and
    the CLARK COUNTY SCHOOL DISTRICT

5                              Third Party Plaintiffs

6   vs.

7
    MELVIN SHAPIRO and PHILIP SHAPIRO,
8   individually and doing business individually
    and/or as general partner of "AL PHILLIPS
9   THE CLEANER" or "AL PHILLIPS THE
    CLEANER, INC.," estate of PHILIP
10  SHAPIRO, deceased, SHAPIRO BROS,
    INVESTMENT CORPORATION, a dissolved
11  Nevada corporation; GENERAL GROWTH
    MANAGEMENT, INC., a foreign corporation;
12  BOULEVARD MALL, LLC, a foreign limited
    liability company; SEARS ROEBUCK & CO.,
13  a foreign corporation; GOODYEAR TIRE &
    RUBBER CO., a foreign corporation; WIENS
14  PROPERTIES, LLC, a Nevada Limited
    Liability Company; TERRIBLE HERBST,
15  INC., a Nevada corporation; SUPERIOR
    TIRE, INC., a dissolved Nevada corporation;
16  DR. CLEAN MANAGEMENT, INC., a
    revoked Nevada corporation; HAR TEO
17  CHYE, an individual; CONSTRUCTION
    WHOLESALERS, INC., an unknown business
18  entity; MS PARTNERSHIP, a partnership;
    1195 E DESERT INN ROAD, LLC, a Nevada
19  Limited Liability Company, DAQUIGAN
    WAYNE, an individual; THE HOYT
20  CORPORATION, a Maryland corporation;
    and GOSS-JEWETT & CO., a suspended
21  California corporation.

22                            Third Party Defendants.

23

24         On November 1, 2010, a *Notice of Appearance on Behalf of Third-Party Defendant, 1195*

25  *E. Desert Inn Road, LLC* was filed with this Court as Docket No. 83.  An *Answer to Third-Party*

26  *Complaint (Doc. No. 22) by Third-Party Defendants MS Partnership and 1195 E. Desert Inn*

27  *Road LLC* was filed with this Court on November 4, 2010 as Docket No. 84.

28

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

938206.doc (7969-3)          Page 2 of 3

1       The foregoing documents were filed in error.  Counsel had been unaware of the Court's

2   Minute Order (Doc. No. 77) requiring that any documents be filed in the base file for the

3   consolidated action, 2:08-cv-01618-RCJ-GWF.

4       At the request of filing Counsel and pursuant to the aforementioned prior order of the

5   Court, the foregoing documents (Doc. Nos. 83 and 84) are hereby deemed withdrawn.  Robert J.

6   Caldwell, Esq., E. Daniel Kidd, Esq. and the law firm of Kolesar & Leatham, Chtd., are hereby

7   deemed to have withdrawn from this case.

8       The Clerk of the Court is hereby directed to discontinue notice in these proceedings by

9   removing the above counsel from the CM/ECF Service List and mailing matrix.

10   DATED: _____May 11, 2011_____

11

12   _____

13   GEORGE FOLEY, JR.
     United States Magistrate Judge

14   Respectfully submitted by:

15   **KOLESAR & LEATHAM, CHTD.**

16

17   _____
     ROBERT J. CALDWELL, ESQ.

18   Nevada Bar No. 007637
     E. DANIEL KIDD, ESQ.

19   Nevada Bar No. 010106
     3320 W. Sahara Avenue, Suite 380

20   Las Vegas, Nevada  89102
     Telephone:  (702) 362-7800

21   Facsimile:  (702) 362-9472
     E-mail:   rcaldwell@klnevada.com

22            dkidd@klnevada.com

23   Attorneys for Third-Party Defendants,
     1195 E. DESERT INN ROAD LLC and

24   MS PARTNERSHIP

25

26

27

28

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

938206.doc (7969-3)