# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| State of Nevada, *ex rel.*, ITS Department of Conservation and Natural Resources,<br><br>    Plaintiffs,<br><br>vs.<br><br>Maryland Square Shopping Center, LLC,<br><br>    Defendant. | 3:09-cv-00231-RCJ-VCF<br><br>**ORDER** |

The status of this case has remained unchanged for some time. (*See* Dkt. 90). Accordingly, the Court finds it appropriate to administratively close this case for the time being without prejudice to reopening by the Parties.

IT IS HEREBY ORDERED that this case is **ADMINISTRATIVELY CLOSED** without prejudice to reopening upon a motion by either Party.

Dated September 18, 2023.

_____
ROBERT C. JONES
United States District Judge